UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON DWAYNE FIELDS, | No. 2:18-cv-0653 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF CDCR, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated: June 6, 2018

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fiel0653.36