UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON DWAYNE FIELDS,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF CDCR, et al.,<br><br>Defendants. | No. 2: 18-cv-0653 MCE KJN P<br><br><br><br>FINDINGS & RECOMMENDATIONS |

By order filed May 4, 2018, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. (ECF No. 8.) On June 6, 2018, the court granted plaintiff a sixty-day extension of time to file his amended complaint. (ECF No. 13.) More than sixty days have passed since June 6, 2018, and plaintiff did not file an amended complaint, or otherwise respond to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 27, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Field653.fta