UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLTON DEWAYNE FIELDS,

Plaintiff,

v.

DIRECTOR OF CDCR, et al.,

Defendants.

No.  2:18-cv-0653 MCE KJN P

ORDER

Plaintiff filed a motion for extension of time to file and serve a response to defendants' July 19, 2021 motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for extension of time (ECF No. 52) is granted; and

2.  Plaintiff is granted sixty days from the date of this order in which to file and serve his response; no further extensions of time will be granted but for a showing of substantial cause.

Dated:  September 1, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fiel0653.36