1

2

3

4

5

6

7

8                             IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                    SACRAMENTO DIVISION

11

12

| | |
|---|---|
| **CARLTON DWAYNE FIELDS,** | 2:18-cv-00653 MCE KJN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS'** |
| | **MOTION TO MODIFY THE** |
| v. | **SCHEDULING ORDER** |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

19        Defendants S. Kernan, K. Matta, and M. Sexton (deceased) (Defendants) moved this Court

20    to modify the scheduling order to permit the filing of a reply brief in support of their

21    supplemental motion for summary judgment on or before February 25, 2022.

22        After full consideration, and good cause appearing, IT IS ORDERED that the motion (ECF

23    No. 66) is granted.  Defendants shall file any reply brief on or before February 25, 2022.

24    Dated:  February 22, 2022

25                                                    _____

26                                                    KENDALL J. NEWMAN
      Fields653.eot(r)                                UNITED STATES MAGISTRATE JUDGE
27

28

                                                1